IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DERRICK McMILLIAN, | ) | |
| Mobile County Metro Jail Inmate | ) | |
| # 0291862, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-00729-JB-N |
| | ) | |
| NOAH PRICE OLIVER, *Warden,* | ) | |
| *Mobile County Metro Jail*, | ) | |
|     Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated December 11, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Derrick McMillian's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED without prejudice** for failure to exhaust state court remedies, and that McMillian is not entitled to a Certificate of Appealability pursuant to this final adverse order. The Court also certifies that any appeal by McMillian of the dismissal of the present habeas petition would be without merit and therefore not taken in good faith. Thus, McMillian is not entitled to proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 6th day of January, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE